UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO: 99-06268CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

18 USC 659
18 USC 2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JERRY CORGNATI,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about December 2, 1994, at Fort Lauderdale, Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JERRY CORGNATI,**

knowingly, did have in his possession goods and chattels of a value in excess of $1,000.00, that is, Motorola MTS-2000 portable radios, which had been stolen from the storage facility at the shipping department of the Motorola plant in Plantation, Florida and which were moving as, and which constituted, an interstate shipment of property from Plantation, Florida, to Durham, North Carolina, knowing the said goods and chattels to have been stolen.



In violation of Title 18, United States Code, Sections 659 and 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
RICHARD D. BOSCOVICH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

99-06268-CR-DIMITROULEAS

UNITED STATES OF AMERICA   CASE NO. _____

v

JERRY CORGNATI

_____

## CERTIFICATE OF TRIAL ATTORNEY*

**MAGISTRATE JUDGE**

Superseding Case Information:   **SNOW**

**Court Division**: (Select One)

___ Miami   ___ Key West
_X_ FTL    ___ WPB   ___ FTP

New Defendant(s)         Yes ___   No _X_
Number of New Defendants    ___
Total number of counts      ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) ___NO___
   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)              (Check only one)

   I    0 to 5 days       _X_    Petty      ___
   II   6 to 10 days      ___    Minor      ___
   III  11 to 20 days     ___    Misdem.    ___
   IV   21 to 60 days     ___    Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? ___ Yes _x_ No

RICHARD D. BOSCOVICH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0829013

*Penalty Sheet(s) attached

REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

99 - 06268 - CR - DIMITROULEAS
PENALTY SHEET

Defendant's Name: JERRY CORGNATI                No: _____

**MAGISTRATE JUDGE
SNOW**

Count #: 1

Title 18 USC 659; Possession of goods stolen from interstate shipment.

*Max. Penalty:   10 years' imprisonment; $250,000 fine.

Count #

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Max. Penalty:
Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**